**Order entered November 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01324-CV

## IN RE HICKORY TRAIL HOSPITAL, LP D/B/A HICKORY TRAIL HOSPITAL, Relator

### Original Proceeding from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-00726

## ORDER
Before Justice Francis, Justice Myers and Justice Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/    MOLLY FRANCIS
        JUSTICE